AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>CHRISTOPHER THOMAS GASTON<br><br>*Defendant(s)* | )<br>)<br>) Case No.   4:20 MJ 6130 PLC<br>)<br>)<br>) SIGNED AND SUBMITTED TO THE COURT FOR<br>) FILING BY RELIABLE ELECTRONIC MEANS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 3, 2020__ in the county of __St. Louis City__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

*Complainant's signature*

Daniel Zwiesler, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41

Date:  06/03/2020

*Patricia L. Cohen*
*Judge's signature*

City and state:  St. Louis, Missouri

Honorable Patricia L. Cohen , U.S. Magistrate Judge
*Printed name and title*